UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>                                  Plaintiff,<br>vs.<br><br>WFP SECURITIES CORPORATION, et al.,<br><br>                                  Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 11cv2611-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Dkt. No. 110.] |
|---|---|

On April 23, 2014, the Parties filed a joint motion to dismiss the entire action with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 110.) Having reviewed the joint motion, and finding good cause therefor, the Court hereby GRANTS the motion. The above-captioned matter, including all related cross-actions, is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: April 25, 2014

HON. GONZALO P. CURIEL
United States District Judge